IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 0 2 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-01272-BNB

MALCOLM M. RUNNEL,

    Plaintiff,

v.

COLORADO STATE PENITENTIARY, Cañon City, Colorado 81215-777,
J. HUNTER, Case Mgr., C.S.P., and
CAPT. WILLIAM, C.S.P., Cañon City, CO 81215-777 Box,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff Malcolm M. Runnel, a State of Colorado prisoner, initiated this action by filing a *pro se* Prisoner Complaint. On July 14, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Runnel to file an Amended Complaint in keeping with *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007). Mr. Runnel was warned that the action would be dismissed without further notice if he failed to file an Amended Complaint within thirty days.

On August 12, 2008, Plaintiff filed a request for an extension of time to file an Amended Complaint. Magistrate Judge Boland entered a Minute Order on August 19, 2008, granting Plaintiff's request. Mr. Runnel now has failed within the time allowed to file an Amended Complaint. The Court has reviewed the Complaint, concurs with Magistrate Judge Boland's findings and finds that the action should be dismissed for failure to amend and to prosecute. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice for failure to file an Amended Complaint as directed and for failure to prosecute.

DATED at Denver, Colorado, this 1 day of Oct., 2008.

BY THE COURT:

*[signature]*
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01272-BNB

Malcolm M. Runnel
Prisoner No. 59529
CCF - Unit C1-08
PO Box 600
Cañon City, CO 81215- 0600

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/1/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk